**Entered on Docket**
**December 11, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: December 10, 2009**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No: 09-31696 TEC |
| DANILO M. MOLIERI, | Chapter 7 |
| Debtor. | |
| DESERT PALACE, INC., | Adv. Proc. No. 09-3159 TC |
| Plaintiff, | |
| vs. | |
| DANILO M. MOLIERI, | Date: December 11, 2009 |
| | Time: 9:30 a.m. |
| Defendant. | Ctrm: Hon. Thomas E. Carlson |
| | 235 Pine St., 23rd Fl. |
| | San Francisco, CA |

**MEMORANDUM RE DEFENDANT'S MOTION TO DISMISS**

Upon due consideration, and for the reasons stated below, the court denies Defendant's motion to dismiss the complaint.

The complaint asserts a single claim for denial of discharge under section 523(a)(2)(C), based on an alleged gambling debt in the sum of $150,000, incurred 27 days before Defendant filed for chapter 7 bankruptcy relief. Compl., ¶¶ 5-11.

-1-

The Bankruptcy Code does not define "luxury goods or services." Rather, it provides that such goods or services do not include goods or services "reasonably necessary for the support or maintenance of the debtor or a dependent of the debtor." 11 U.S.C. § 523(a)(2)(C)(ii)(II). Whether a gambling debt was reasonably necessary for the support of maintenance of a debtor or a debtor's dependent is a question of fact, because it turns on the purpose for which Debtor engaged in the gambling. Assuming, *arguendo*, that the sole case cited by Defendant in support of his motion to dismiss were binding on this court, it does not hold, as a matter of law, that gambling debts are reasonably necessary for the support of debtor. Rather, the court denied creditor's section 523(a)(2)(C) claim on the *evidence* that Debtor gambled in a failed effort to earn money to repay the creditors of his foundering automobile sales business. In re Hall, 228 B.R. 483, (Bankr. M.D. Ga. 1998).

**\*END OF MEMORANDUM\*\***

-2-

Case: 09-03159    Doc# 11    Filed: 12/10/09    Entered: 12/11/09 10:35:03    Page 2 of 3

| | |
|---|---|
| 1 | **<u>Court Service List</u>** |
| 2 | |
| 3 | |
| 4 | Robert G. Aisenstein, Esq.<br>Law Offices of Robert G. Aisenstein<br>2114 Fountain Springs Dr. |
| 5 | Henderson, NV 89074 |
| 6 | Joel K. Belway, Esq.<br>Law Offices of Joel K. Belway |
| 7 | 235 Montgomery St. #668<br>San Francisco, CA 94104 |
| 8 | |